Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
THE LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION
4467 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
(949) 200-8755
(866) 843-8308

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE

| | |
|---|---|
| IN RE<br><br>SHIRLEEN HAZEL LEOFA<br><br>Debtor(s). | CASE NO.: 6:13-bk-10787-MJ<br>CHAPTER 7<br><br>NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 CASE TO FILE REAFFIRMATION AGREEMENT; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION (S) IN SUPPORT THEREOF<br><br>[No Hearing Set] |

**To the Honorable Bankruptcy Judge; Chapter 7 Trustee; Office of the U.S. Trustee; All Creditors and Parties in Interest:**

**NOTICE IS HEREBY GIVEN** that Debtor SHIRLEEN HAZEL LEOFA in the above referenced bankruptcy case, hereby moves this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.

**Your rights may be affected.** You should read these papers carefully and discuss them with you attorney if you have one. (If you do not have an attorney, you may wish to consult one.)

This Motion is based upon the Memorandum of Points and Authorities set forth herein, the Declaration of Shirleen Hazel Leofa attached hereto, all pleadings, papers and records on file with the Court and such other evidence, oral or documentary as may be presented to the Court at

1 | the time of the hearing, if any, on the within motion.

2 |     IF YOU DO NOT OPPOSE THIS MOTION, YOU NEED TAKE NO ACTION. HOWEVER, IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL RULE 9013-1(o), EACH INTERESTED PARTY RESPONDING TO THE MOTION MUST SERVE UPON THE DEBTOR'S COUNSEL, THE UNITED STATES TRUSTEE, AND FILE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, OBJECTIONS TO THIS MOTION SETTING FORTH A BRIEF BUT COMPLETE WRITTEN STATEMENT OF ALL REASONS IN OPPOSITION THERETO OR IN SUPPORT OR JOINDER THEREOF, AND ANSWERING MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS AND DOCUMENTARY EVIDENCE ON WHICH THE RESPONDING PARTY INTENDS TO RELY AND REQUEST A HEARING WITHIN FOURTEEN DAYS (14) OF THE DATE OF SERVICE OF THIS MOTION. UPON RECEIPT OF AN OBJECTION AND REQUEST FOR A HEARING, DEBTOR'S COUNSEL WILL OBTAIN A HEARING DATE AND GIVE APPROPRIATE NOTICE THEREOF. FAILURE TO TIMELY FILE AND SERVE A PROPER RESPONSE MAY BE DEEMED TO CONSTITUTE CONSENT TO THE REQUESTED RELIEF.

Dated: May 30, 2013     By: _____
    Joseph R. Manning, Jr., Esq.
    **Law Offices of Joseph R. Manning, Jr.**
    **A PROFESSIONAL CORPORATION**
    Attorneys for Debtor

## MOTION TO REOPEN CHAPTER 7 CASE TO FILE REAFFIRMATION AGREEMENTS ON HOME MORTGAGES

Comes now Debtor, Shirleen Hazel Leofa, and moves this Court as follows:

1. On January 16, 2013, Debtor filed the instant Chapter 7 proceeding in the Central District of California, Riverside Division.

2. Debtor's original 341 (a) was scheduled for March 7, 2013 at 8:00 am. Debtor appeared and was duly examined. A Trustee's Report of No Distribution was filed on or about March 8, 2013.

3. Debtor did not sign a Reaffirmation Agreement for Debtor's 2004 Lincoln Navigator within 45 days from the date of the original 341 (a) hearing.

4. Debtor, thru her attorney of record, The Manning Law Office APC, requested said reaffirmation agreement be prepared for debtor's review and signature, however, a reaffirmation agreement was not received.

5. On May 13, 2013, the case was discharged.

6. On May 24, 2013, the case was closed.

7. Throughout the Chapter 7 proceeding, Debtor remained in good standing with her car loan payments making every payment on time and in the correct amount. On or about May 20, 2013, debtor was informed by the finance company, Eagle Community Credit Union, that they require the execution and filing of the a reaffirmation agreement for the balance of the care loan in order to allow Debtor to retain the vehicle.

8. Debtor desires to reopen her Chapter 7 proceeding in order to file the necessary reaffirmation agreement with the finance company in order to retain her vehicle and avoid repossession of the vehicle.

9. The creditor is not opposed to the reopening of the case and they are willing to file the reaffirmation agreement to return the loan back to active status and allow the Debtor to retain the vehicle.

WHEREFORE, it is respectfully requested:

1. That Debtor's Motion to Reopen Chapter 7 Bankruptcy Case be granted and an Order Reopening Debtor's case be entered for the purposes of filing the reaffirmation agreement with regard to Debtor's vehicle;

Dated: May 30, 2013

By: _____
Joseph R. Manning, Jr., Esq.
**Law Offices of Joseph R. Manning, Jr.**
**A PROFESSIONAL CORPORATION**
Attorneys for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

The Bankruptcy Code provides, inter alia in 11 U.S.C. §350 (b):

"(b) A case may be reopened in the Court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

The Bankruptcy Rules provides, inter alia in Title 11, Rule 5010:

"A case may be reopened on motion of the debtor or other party of interest pursuant to Section 350(b) of the Code..."

The Debtor has demonstrated by way of this motion and the attached declaration that cause exists to reopen Debtor's bankruptcy case. All prerequisites exist for the Court to reopen the Debtor's bankruptcy case.

WHEREFORE Debtors pray for the Court to reopen their Chapter 7 Bankruptcy case and for such other relief as this Court may deem just and proper.

Dated: May 30, 2013      By: _____
                         Joseph R. Manning, Jr., Esq.
                         Law Offices of Joseph R. Manning, Jr.
                         A PROFESSIONAL CORPORATION
                         Attorneys for Debtor

## DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO REOPEN CHAPTER 7 CASE

I, Shirleen Hazel Leofa, do hereby declare and swear as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth and if called upon to testify, I could and would do so competently.
2. I am the debtor in the instant Chapter 7 proceeding which was filed on January 16, 2013 and subsequently discharged on May 13, 2013 and closed on May 24, 2013.
3. On March 7, 2013, I attended the Meeting of Creditors which was concluded.
4. I did not sign a Reaffirmation Agreement for my 2004 Lincoln Navigator 45 days from the date of original 341 (a) hearing. I did not sign a Reaffirmation Agreement because my attorney did not receive one from Eagle Community Credit Union.
5. On or about, May 13, 2013, I received the Notice of Discharge.
6. On or about May 20, 2013, Eagle Community Credit Union informed me that due to the bankruptcy discharge and failure to reaffirm the loan that my vehicle may be repossessed. They further informed me that in order to retain the vehicle I needed to sign a reaffirmation agreement for the balance of the loan. When I asked why I was not provided a reaffirmation agreement when my case was still active, I was told that a reaffirmation agreement was sent to my attorney of record. However, my attorney of record did not receive the reaffirmation agreement.
7. I do want to keep the vehicle and have maintained my current payments and in the correct amount to the finance company throughout the bankruptcy proceeding.
8. It is respectfully prayed that my Chapter 7 case be reopened in order for allow me to file the required reaffirmation agreement so that I may retain my vehicle.

1 | I declare under penalty of perjury that the foregoing is true and correct
2 | under the laws of the State of California.
3 |
4 | Dated: May 28, 2013
5 |
6 |                                                          SHIRLEEN HAZEL LEOFA
                                                         Debtor/Declarant

(Lines 7–28 blank)

| In re: | | CHAPTER: 7 |
|---|---|---|
| Shirleen Hazel Leofa | Debtor(s). | CASE NUMBER: 6:13-bk-10787-MJ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 CASE TO FILE REAFFIRMATION AGREEMENT; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 30, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven M Speier (TR)          Sspeier@asrmanagement.com

United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 30, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 30, 2013 | Diana Lopez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        9013-3.1.PROOF.SERVICE

Shirleen Hazel Leofa
13731 Amberview Place
Corona, CA 92880


Joseph R. Manning, Jr.
The Manning Law Office
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660


AT & T
Bankruptcy Department
PO Box 769
Arlington, TX 76004


Cash Central
84 E 2500 N
Logan, UT 84341


Collection Consultants
PO Box 29050
Glendale, CA 91209


Department of Education/neln
3015 Parker Rd
Aurora, CO 80014


Eagle Community Credit Union
PO Box 5196
El Toro, CA 92609


GM Financial
PO Box 78143
Phoenix, AZ 85062

Onewest Bank, FSB
P.O. Box 7056
Pasadena, CA 91109


Portfolio Recovery Assoc. LLC
PO Box 12914
Norfolk, VA 23541


RBS Citizens N.A.
725 Canton Street
Norwood, MA 02062


Target National Bank
C/O Target Credit Services
PO Box 9475
Mailstop BT
Minneapolis, MN 55440


Wfs Financial / Wachovia
Dealer Svcs
PO Box 3569
Rancho Cucamonga, CA 91729


Wilshire Commercial Ca
4751 Wilshire Bv
Los Angeles, CA 90010